# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:14-CR-399-KJD-(PAL) |
| JONAS BOWEN, | ) ) | |
| Defendant. | ) ) | |

## ORDER OF FORFEITURE

This Court finds that on August 4, 2015, defendant JONAS BOWEN pled guilty to Count One of a Thirty-Eight-Count Indictment charging him with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1; Change of Plea, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds defendant JONAS BOWEN agreed to the imposition of the in personam criminal forfeiture money judgment of $196,739.55 set forth in the Plea Agreement. Indictment, ECF No. 1; Plea Agreement, ECF No. ___; Change of Plea, ECF No. ___.

This Court finds that JONAS BOWEN shall pay a criminal forfeiture money judgment of $196,739.55 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

///

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JONAS BOWEN a criminal forfeiture money judgment in the amount of $196,739.55 in United States Currency.

DATED this 4th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE