FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 19 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-399-KJD-(PAL) |
| JONAS BOWEN, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

This Court found that JONAS BOWEN shall pay the criminal forfeiture money judgment of $196,739.55 in United States Currency, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Change of Plea, ECF No. 141; Plea Agreement, ECF No. 142; Order of Forfeiture, ECF No. 146.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JONAS BOWEN the criminal forfeiture money judgment in the amount of $196,739.55 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

///
///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 19th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE